UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT MARKER,

        Plaintiff,                        Case No. 1:13-CV-1113

v.                                                  HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's February 13, 2015 Report and Recommendation recommending that the Court affirm the Commissioner's decision denying Disability Insurance Benefits.  The Report and Recommendation was duly served on the parties on February 13, 2015.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore, the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued February 13, 2015 (dkt. #22), is **ADOPTED** as the Opinion of the Court.

This case is concluded.

Dated: March 5, 2015                                          /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE